**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| F. Joseph Uptain-Villa D.C., | ) ) ) | CV 07-1716-LEW-JFM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| Prudential Financial, et al. | ) ) ) | |
| Defendant. | ) ) ) | |

   Currently before this Court is Defendant Prudential Financial, Inc. and the Prudential Insurance Company of America's Motion to Dismiss All Claims for Relief in Plaintiff's First Amended Complaint.  Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

///

1

As a preliminary matter, the Court **DENIES** Defendants' Request for Judicial Notice. Moreover, the Court **DENIES** Plaintiff's Request for Judicial Notice.

The Court:

- **DENIES** the Motion to Dismiss as to the **First and Third Causes of Action** because Plaintiff has sufficiently pled a claims for Breach of Contract and Tortious Breach of Insurance Contract;

- **GRANTS** the Motion to Dismiss, **with 20 days leave to amend**, as to the **Second Cause of Action** because Plaintiff fails to sufficiently allege knowledge and intent elements of the Intentional Misrepresentation claim with particularity;

- **GRANTS** the Motion to Dismiss, **with 20 days leave to amend,** as to the **Fourth Cause of Action** because Plaintiff fails to sufficiently allege the elements of "enterprise" and "racketeering activity" of the RICO claim; and

- **GRANTS** the Motion to Dismiss as to Prudential Financial, Inc. without prejudice because Prudential Financial, Inc. was not involved in the conducts at issue in this case, and both parties agree to dismiss it.

**IT IS SO ORDERED.**

*Ronald S.W. Lew*
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: December 19, 2007