1  JUDITH ("JULIE") CLARK MARTIN, (173557), JCMartin@ljdfa.com
**LA FOLLETTE, JOHNSON,**
2  **DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
3  Sacramento, California  95825
Phone:       (916) 563-3100
4  Facsimile:   (916) 565-3704

5  Attorneys for Defendants,
NCMIC Insurance Company, NCMIC GROUP, INC.
6  and NCMIC INSURANCE SERVICES, INC.

7

8                 UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  F. JOSEPH UPTAIN-VILLA, DC,        )    CASE NO.  2:07-CV-01716-LEW-JFM
                                        )
12             Plaintiff,               )    **STIPULATION**
                                        )
13  v.                                  )
                                        )
14  PRUDENTIAL FINANCIAL, a New Jersey  )
    Corporation;   THE   PRUDENTIAL     )
15  INSURANCE COMPANY OF AMERICA,       )
    a  New  Jersey  Corporation;  NCMIC )
16  INSURANCE   COMPANY,   an   Iowa    )
    Corporation;  NCMIC  GROUP,  INC, an )
17  Iowa Corporation,                   )
                                        )
18             Defendants.              )
                                        )
19  _____    )

20        IT IS HEREBY STIPULATED by and between plaintiff, F. JOSEPH UPTAIN-VILLA,

21  DC, by and through his attorney of record, Erik E. Child, and NCMIC INSURANCE COMPANY,

22  NCMIC GROUP, INC., and NCMIC  INSURANCE SERVICES, INC., agree and stipulate as

23  follows:

24        1.       That as NCMIC GROUP, INC., is nothing more than a holding corporation, and that

25  NCMIC GROUP, INC., may be dismissed from the instant action without prejudice because it was

26  not involved in the conduct at issue in this case; and

27        2.       That the Second Cause of Action (Intentional Misrepresentation), and the Fourth

28

1

1   Cause of Action (Violation of USC §1962(b)(d) of RICO) contained in the First Amended

2   Complaint will be dismissed without prejudice.

3   DATED: February 25, 2008                    LA FOLLETTE, JOHNSON,
                                                DE HAAS, FESLER & AMES
4

5                                                          /s/
                                                By:_____
6                                                 JULIE CLARK MARTIN
                                                  Attorneys for Defendants,
7                                                 NCMIC Insurance Company, NCMIC
                                                  G R O U P ,   I N C .   a n d   N C M I C
8                                                 INSURANCE SERVICES, INC.

9

10  DATED: February 22, 2008                    LAW OFFICES OF ERIK E. CHILD

11

12                                                         /s/
                                                By:_____
13                                                ERIK E. CHILD
                                                  Attorney for Plaintiff
                                                  F. JOSEPH UPTAIN-VILLA, DC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  JUDITH ("JULIE") CLARK MARTIN, (173557), JCMartin@ljdfa.com
   **LA FOLLETTE, JOHNSON,**
2  **DE HAAS, FESLER & AMES**
   655 University Avenue, Suite 119
3  Sacramento, California  95825
   Phone:        (916) 563-3100
4  Facsimile:    (916) 565-3704

5  Attorneys for Defendants,
   NCMIC Insurance Company, NCMIC GROUP, INC.
6  and NCMIC INSURANCE SERVICES, INC.

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11

12  F. JOSEPH UPTAIN-VILLA, DC,        )   CASE NO.   2:07-CV-01716-LEW-JFM
                                       )
13             Plaintiff,              )   **ORDER**
                                       )
14  v.                                 )
                                       )
15  PRUDENTIAL FINANCIAL, a New Jersey )
    Corporation;   THE   PRUDENTIAL)
16  INSURANCE COMPANY OF AMERICA,)
    a   New   Jersey   Corporation;   NCMIC)
17  INSURANCE   COMPANY,   an   Iowa)
    Corporation;  NCMIC GROUP, INC, an)
18  Iowa Corporation,                  )
                                       )
19             Defendants.             )
                                       )
20  _____)

21         The court has reviewed the Stipulation of plaintiff, F. JOSEPH UPTAIN-VILLA, DC and

22  NCMIC INSURANCE COMPANY, NCMIC GROUP, INC., and NCMIC INSURANCE

23  SERVICES, INC., and based thereon, orders the following:

24         1.     That NCMIC GROUP, INC., shall be dismissed without prejudice as NCMIC

25  GROUP, INC. was not involved in the conduct at issue in this case; and

26  ///

27  ///

28
                                          3

1    2.    That plaintiff's second claim for intentional misrepresentation and fourth claim for

2  violation of Section 1962(b)(d) of RICCO are dismissed without prejudice.

3    IT IS SO ORDERED: 03/04/2008

4

5    /s/ Ronald S. W. Lew
     JUDGE RONALD S.W. LEW
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                          CASE NO.: 2:07-CV-01716-LEW-JFM

1

**PROOF OF SERVICE**

2

RE: Uptain-Villa v. Prudential Financial
3   USDC-ED Case No.: 2:07-CV-01716-LEW-JFM

4          I am a citizen of the United States.  My business address is 655 University Avenue, Suite 119, Sacramento, California 95825.  I am employed in the City and County of Sacramento where
5   this service occurs.  I am over the age of 18 years and not a party to the within action.  I am readily familiar with my employer's normal business practice for collection and processing of
6   correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary
7   course of business.

8          On March 4, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

9

**STIPULATION; [PROPOSED] ORDER**

10

[x]     **BY ELECTRONIC FILING USING THE COURT'S ELECTRONIC FILING**
11          **SYSTEM** which constitutes service of the filed document on the addressee(s) listed below:

12

Erik E. Child                                   Robert J. McKennon
13   Law Offices of Erik E. Child                    Scott Calvert
101 Parkshore Drive, Ste. 205                   Barger & Wolen LLP
14   Folsom, CA 95630                                19800 MacArthur Blvd., 8th Floor
916-932-2170                                    Irvine, CA 92612
15   916-932-2171 Fax                               949-757-2800
echild@bprlaw.net                               949-752-6313 Fax
16                                                  rmckennon@barwol.com

**Attorney for Plaintiff**
17
                                                **Attorney for Defendants Prudential Financial,**
                                                **Inc., and The Prudential Insurance Company of**
18                                                  **America**

19

        I declare under penalty of perjury under the laws of the State of California that the
20   foregoing is true and correct.

21          Executed this 4TH day of March , 2008, at Sacramento, California.

22                                          /s/

23                          _____
                            Erika Arends

24

25

26

27

28

5