Robert J. McKennon (123176)
*rmckennon@barwol.com*
Scott E. Calvert (210787)
*scalvert@barwol.com*
BARGER & WOLEN, LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California  92612
Telephone:  (949) 757-2800
Facsimile:  (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| F JOSEPH UPTAIN-VILLA DC,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, a New Jersey Corporation; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; NCMIC INSURANCE COMPANY, an Iowa Corporation; NCMIC GROUP, INC. an Iowa Corporation,<br><br>　　　　　　　Defendants,<br><br>and Related Counter-Claims. | Case No.: 2:07-CV-01716-JAM-JFM<br><br>Action Filed : 09/28/07<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>[FRCP 41(a)(1)] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

c:\documents and settings\hvine\desktop\07cv1716.o.63.doc

Case No.: 2:07-CV-01716-JAM-JFM

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;
PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between Plaintiff F. Joseph Uptain-Villa, Defendant The Prudential Insurance Company of America, Defendant Prudential Financial, Inc., Defendant NCMIC Insurance Company, Defendant NCMIC Insurance Services, INC. and Defendant NCMIC Group, Inc. by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This dismissal includes the dismissal with prejudice of all counter-claims filed in the action. The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

Dated: June 3, 2008             BARGER & WOLEN, LLP

                                By: /s/ Robert J. McKennon
                                    ROBERT J. McKENNON
                                    SCOTT E. CALVERT
                                    Attorneys for Defendants
                                    The Prudential Insurance Company of
                                    America and Prudential Financial,
                                    Inc.

Dated: June 1, 2008             CHILD AND GORDON

                                By: /s/ Erik E. Child
                                    ERIK E. CHILD
                                    Attorney Plaintiff
                                    F Joseph Uptain-Villa DC

Dated: June 2, 2008             LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

                                By: /s/ Julie Clark Martin
                                    JULIE CLARK MARTIN
                                    Attorney for Defendants
                                    NCMIC Insurance Company, NCMIC
                                    Insurance Services and NCMIC
                                    Group, Inc.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-                Case No.: 2:07-CV-01716-JAM-JFM
[PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June 3, 2008_____

                         /s/ John A. Mendez_____
                         HON. JOHN A. MENDEZ
                         UNITED STATES DISTRICT JUDGE

**BARGER & WOLEN** LLP
**19800 MACARTHUR BLVD.**
**EIGHTH FLOOR**
IRVINE, CA 92612
(949) 757-2800

-1-
ORDER OF DISMISSAL
Case No.: 2:07-CV-01716-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com